# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 09-05181 -ESL | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|
| Case Name: | GRACIA MORALES, EDELMIRA | Bank Name: | BANCO SANTANDER |
| | ABRIL RIOS, RAMON | Account Number / CD #: | *******5317 BANCO - MONEY MARKET |
| Taxpayer ID No: | *******2222 | | |
| For Period Ending: | 09/30/09 | Blanket Bond (per case limit): | $ 750,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/09 | INT | BANCO SANTANDER | Interest Rate 0.250 | 1270-000 | 0.01 | | 0.01 |
| 09/01/09 | 8, 9, 10 | Pablo Morales | Cash Sale of Motorcycle. | 1129-000 | 1,100.00 | | 1,100.01 |
| | | | Deposited 8/31/09 Account opened that day. | | | | |
| 09/30/09 | INT | BANCO SANTANDER | Interest Rate 0.250 | 1270-000 | 0.23 | | 1,100.24 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,100.24 | 0.00 | 1,100.24 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 1,100.24 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,100.24 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BANCO - MONEY MARKET ACCOUNT - ********5317 | 1,100.24 | 0.00 | 1,100.24 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 1,100.24 | 0.00 | 1,100.24 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

```
                /s/    NOREEN WISCOVITCH-RENTAS
Trustee's Signature: _____  Date: 11/01/09
                NOREEN WISCOVITCH-RENTAS
```

Page Subtotals   1,100.24   0.00

LFORM24

Ver: 15.02