**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

| | | |
|---|---|---|
| **Gracia Morales, Edelmira** | * | CASE NUMBER 09-05181(ESL) |
| | * | |
| | * | |
| **Debtor(s)** | * | CHAPTER 7 |

****************************************************

**REPORT OF TRUSTEE UNDER FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3010 (a)**

TO THE HONORABLE COURT:

COMES NOW, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, in the captioned case, and respectfully states, alleges, and prays:

1. Rule 3010(a) requires that dividends to creditors with allowed claims, which are under $5.00, to be remitted to the Clerk of the Court. Attached is the list of Creditors and amounts that these creditors would be otherwise entitled to receive but for Rule 3010(a). '

2. Accordingly, by check number 308 in the amount of $8.36, the trustee hereby consigns the funds to the Clerk of the Court, in compliance with the provisions of Rule 3010(a).

WHEREFORE, said trustee prays the Court to take notice of the above.

RESPECTFULLY SUBMITTED.

CERTIFICATE OF SERVICE: I hereby certify that on this same date a true and exact copy of the foregoing document has been sent by CM/ECF all parties so subscribed and by regular mail to Recovery Management Systems Corp. For GE Money Bank dba Sam's Club 25 E. 2nd Ave. Suite

1120, Miami, FL 33131 and Treasury Dept. of the Commonwealth P.O. Box 9024140, San Juan, PR 00902-4140.

In San Juan, Puerto Rico, this 28th day of October 2010.

                                      */s/Noreen Wiscovitch-Rentas*
                                      **NOREEN WISCOVITCH-RENTAS**
                                      CHAPTER 7 TRUSTEE
                                      PMB 136
                                      400 Calle Kalaf
                                      San Juan, PR 00918
                                      Tel. (787) 946-0132
                                      Fax (787) 946-0133
                                      noreen@nwr-law.com

| | | BANCO SANTANDER P.R. | |
|---|---|---|---|
| Date: 10/28/10 | DIVIDENDS REMITTED TO THE COURT | BANCA INSTITUCIONAL 977 101-234/215 | Page: 1 |

Check Number 308 Dated 10/28/10
Case Number 09-05181 - GRACIA MORALES,

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation For GE Money Bank dba SAM'S CLUB 25 SE 2nd Ave Ste 1120 Miami FL 33131 | 000005 | 126.46 | 3.67 |
| Treasury Department of the Commonwealth of Puerto Rico P.O. Box 9024140 San Juan, P.R. 00902-4140 | 000008A | 161.83 | 4.69 |
| ---------- Remittance Total --------------- | | 288.29 | 8.36 |

NOREEN WISCOVITCH-RENTAS, Trustee